CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar No. 14853
District of Nevada
ANDREW W. DUNCAN
Assistant United States Attorney
Nevada Bar No. 14702
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6336/ Fax: 702.388.6418
Andrew.Duncan@usdoj.gov
*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>ANTHONY RIOS,<br><br>            Defendant. | Case No. 2:20-mj-00224-BNW<br><br>**Stipulation to Extend Deadlines to Conduct Preliminary Hearing and File Indictment (Third Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher

Chiou, Acting United States Attorney, and Andrew W. Duncan, Assistant United States

Attorney, counsel for the United States of America, and Jawara Griffin, counsel for

Defendant Anthony Rios, that the Court vacate the preliminary hearing scheduled for

August 10, 2021, at 2:00 p.m. and reschedule the hearing for a date and time convenient to

this Court, but no sooner than 30 days from the currently scheduled date. This request

requires that the Court extend two deadlines: (1) that a preliminary hearing be conducted

within 21 days of a released defendant's initial appearance, *see* Fed. R. Crim. P. 5.1(c); and

(2) that an information or indictment be filed within 30 days of a defendant's arrest, *see* 18

U.S.C. § 3161(b).

This stipulation is entered into for the following reasons:

1.      Under Federal Rule of Criminal Procedure 5.1(c), the Court "must hold the preliminary hearing within a reasonable time, but . . . no later than 21 days [after the initial appearance] if [the defendant is] not in custody . . . ."

2.      However, under Rule 5.1(d), "[w]ith the defendant's consent and upon a showing of good cause—taking into account the public interest in the prompt disposition of criminal cases—a magistrate judge may extend the time limits in Rule 5.1(c) one or more times . . . ."

3.      Furthermore, under the Speedy Trial Act, 18 U.S.C. § 3161(b), "[a]ny information or indictment charging an individual with the commission of an offense shall be filed within thirty days from the date on which such individual was arrested or served with a summons in connection with such charges. If an individual has been charged with a felony in a district in which no grand jury has been in session during such thirty-day period, the period of time for filing of the indictment shall be extended an additional thirty days."

4.      Moreover, the parties have entered into negotiations in an attempt to promptly resolve this case and reduce the judicial and government resources required by this case. The defense requires additional time to review discovery and adequately advise Defendant regarding any plea negotiations.

5.      The additional time requested herein is not sought for the purposes of delay, but to allow counsel for Defendant sufficient time to effectively and thoroughly research and prepare and to determine whether to proceed with a preliminary hearing and indictment or to resolve this case through negotiations.

6.      Accordingly, the parties jointly request that the Court schedule the preliminary hearing in this case no sooner than 30 days from the currently scheduled date.

7.    Defendant is in federal custody, agrees to the extension of the 21-day deadline imposed by Rule 5.1(c) and the deadline imposed by 18 U.S.C. § 3161(b), waives any right to remedies under Rule 5.1(c) or 18 U.S.C. § 3161(b), and requests that the time between Defendant's initial appearance on June 4, 2021, and the rescheduled preliminary be excluded in computing the time within which an information or indictment must be filed under 18 U.S.C. §3161(b).

8.    The parties agree to the extension of these deadlines.

9.    Accordingly, the additional time requested by this stipulation is (a) allowed under Federal Rule of Criminal Procedure 5.1(d); and (b) excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv).

10.    This is the third request for an extension of the deadlines by which to conduct the preliminary hearing and to file an indictment.

DATED this 6th day of August, 2021.

Respectfully submitted,

CHRISTOPHER CHIOU
Acting United States Attorney

  _/s/ Jawara Griffin_____          _/s/ Andrew W. Duncan_____
JAWARA GRIFFIN, ESQ.                ANDREW W. DUNCAN
Counsel for Defendant               Assistant United States Attorney
*Anthony Rios*                      *Attorneys for the United States of America*

3

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

ANTHONY RIOS,

      Defendant.

Case No. 2:20-mj-00224-BNW

**[Proposed] Order on Stipulation to
Continue Preliminary Hearing and
Deadline to Indict Defendant**

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served; the time requested by this stipulation being excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), and Federal Rule of Criminal Procedure 5.1, considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv):

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for August 10, 2021, at 2:00 p.m., be vacated and continued to ____9/21/2021____ at the hour of __3:30 p.m.__.

DATED this __9th__ day of August, 2021.

_____
HONORABLE BRENDA N. WEKSLER
UNITED STATES MAGISTRATE JUDGE