RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JAWARA GRIFFIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jawara_Griffin@fd.org

Attorney for Anthony Rios

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ANTHONY RIOS,<br><br>    Defendant. | Case No. 2:20-mj-00224-BNW<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING**<br>(Fifth Request) |

    IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Andrew W Duncan, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jawara Griffin, Assistant Federal Public Defender, counsel for Anthony Rios, that the Preliminary Hearing currently scheduled on October 26, 2021, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

    This Stipulation is entered into for the following reasons:

    1.    Defense counsel and Assistant United States Attorney are trying to negotiate a multijurisdictional global resolution.

    2.    The defendant is in custody and agrees with the need for the continuance.

    3.    The parties agree to the continuance.

This is the fifth request for a continuance of the preliminary hearing.

DATED this 21st day of October, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By */s/ Jawara Griffin*<br>JAWARA GRIFFIN<br>Assistant Federal Public Defender | By */s/ Andrew W. Duncan*<br>ANDREW W. DUNCAN<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>ANTHONY RIOS,<br><br>        Defendant. | Case No. 2:20-mj-00224-BNW<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for Tuesday, October 26, 2021 at 1:00 p.m., be vacated and continued to 12/28/2021 at 1:00 p.m.

DATED: 10/22/2021

_____
UNITED STATES MAGISTRATE JUDGE

3